IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOSE A. MACHI, | ) |
|     Petitioner, | ) |
| | ) |
| v. | )    No. 3:10-CV-1802-K |
| | ) |
| JUDGE ERNEST WHITE, | ) |
|     Respondent. | ) |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Further, the Court notes, that the U.S. Magistrate Judge's Findings, Conclusions and Recommendation, were returned to the Court stating "Return to Sender Not in Dallas County Jail", on May 23, 2011.

SO ORDERED.

Signed this 27th day of May, 2011.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE